ELLEN F. ROSENBLUM
Attorney General
KELLY BURRIS  #133176
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  kelly.c.burris@doj.oregon.gov

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MELODIE PINNER,<br><br>           Plaintiff,<br><br>     v.<br><br>COLETTE PETERS, HEIDI STEWART, OREGON DEPARTMENT OF CORRECTIONS, TONY KLINE, PAULA MYERS,<br><br>           Defendants. | Case No.  3:24-cv-01148-AN<br><br>DECLARATION OF KELLY BURRIS IN SUPPORT OF STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE |

I, Kelly Burris, declare:

1.      I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General with the Oregon Department of Justice.

2.      The current deadline for filing the waiver of service in this matter is August 30, 2024.  State Defendants request an extension of time, up to and including October 30, 2024, within which to obtain representation authority for the State Defendants and file the waiver of service.

Page 1 -   DECLARATION OF KELLY BURRIS IN SUPPORT OF STATE DEFENDANTS'
           MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE
           KB6/a4s/971065052

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

3.  ORS 180.060(8) prohibits the Attorney General from appearing on behalf of any officer, department, agency, board or commission without its consent in any action, suit, matter, cause, or proceeding in any court or before a state or federal regulatory board.

4.  We are circulating the formal defense request for the named individuals but have not yet finalized that process. Accordingly, the State is not yet authorized to waive service.

5.  For these reasons, State Defendants request an extension of time up to and including October 30, 2024.

6.  I certify pursuant to LR 7-1(a)(1)(C), that plaintiff is a prisoner not represented by counsel and is presently in the custody of the Nevada Department of Corrections. Accordingly, conferral is not required.

7.  This motion is made in good faith, in the interests of judicial economy, and not for purposes of undue delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 28, 2024.

*s/ Kelly Burris*
KELLY BURRIS
Assistant Attorney General

Page 2 -   DECLARATION OF KELLY BURRIS IN SUPPORT OF STATE DEFENDANTS'
            MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE
    KB6/a4s/971065052

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on August 28, 2024, I served the foregoing DECLARATION OF KELLY BURRIS IN SUPPORT OF STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Melodie Pinner | ___ HAND DELIVERY |
| SID 1277286 | _X_ MAIL DELIVERY |
| Florence McClure Women's Correctional Center | ___ OVERNIGHT MAIL |
| 4370 Smiley Road | ___ TELECOPY (FAX) |
| Las Vegas NV  89118 | ___ E-MAIL |
| *Plaintiff Pro Se* | ___ E-SERVE |

*s/ Kelly Burris*
KELLY BURRIS #133176
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
kelly.c.burris@doj.oregon.gov
Of Attorneys for State Defendants

Page 1 -   CERTIFICATE OF SERVICE